UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

CV 15 -3577

ORIGINAL

------------------------------------X

GERTRUDE JEAN PIERRE

        Plaintiff,

COMPLAINT

- against -

THE PEOPLE OF THE STATE OF NEW YORK
NASSAU DISTRICT COURT
NASSAU DISTRICT ATTORNEY'S OFFICE
JUDGE TRICIA FERRELL
JULIANNE BONOMO
MADELINE SINGAS

SEYBERT, J.

Jury Trial Demanded

LINDSAY, M.J.

2015 JUN 18 PM 3:32
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK
FILED
CLERK

        Defendants.
------------------------------------X

I. Parties:

Plaintiff: GERTRUDE JEAN PIERRE, resides at P.O. BOX 2066 GARDEN CITY, NY 11531

Defendant NASSAU DISTRICT COURT, JUDGE TRICIA FERRELL, resides at 99 MAIN ST, HEMPSTEAD, NY 11550

Defendant: NASSAU DISTRICT ATTORNEY'S OFFICE MADELINE SINGAS AND JULIANNE BONOMO, resides at 262 OLD COUNTRY ROAD, MINEOLA, NY 11501

II. The jurisdiction of the Court is invoked pursuant to CPLR 6313, 6301-6330, 6201-6226, US CODE 1443, 42 USC 1981, 42 USC 1985(3), R.S 1979, 365 US 167-192 (1961).

III. Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim]
SEE ATTACHMENT NAMED INJUNCTION AND DISMISSAL REQUESTED OF CASE INDEX 1893/13

IV. Remedy. State what relief, such as money damages, you seek from each defendant.
TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND DISMISSAL

Date
6/18/15

Sign Your Name
Telephone Number
(516) 384-2447