**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GERTRUDE JEAN PIERRE,

                  Plaintiff,

- against -

THE PEOPLE OF THE STATE OF NEW YORK,
NASSAU COUNTY COURT, NASSAU DISTRICT
COURT, NASSAU DISTRICT ATTORNEY'S
OFFICE, HON. TRICIA FERRELL,
JULIANNE BONOMO, and MADELINE SINGAS,

                  Defendants.
-----------------------------------------------------------------X

**JUDGMENT**
CV 15-3577 (JS)(ARL)

      A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on January 26, 2016, granting defendant Hon. Tricia Ferrell's motion to dismiss, and directing the Clerk of Court to terminate defendants Hon. Tricia Ferrell, The People of the State of New York, the Nassau County District Court, and the Nassau District Attorney's Office; and a Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on May 17, 2016, dismissing plaintiff's complaint with prejudice for failure to allege a plausible claim for relief and pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute, denying *in forma pauperis* status for the purpose of any appeal, and directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that defendant Hon. Tricia Ferrell's motion to dismiss is granted; that the defendants Hon. Tricia Ferrell, The People of the State of New York, the Nassau County District Court, and the Nassau District Attorney's Office are terminated; that the complaint is dismissed with prejudice for failure to allege a plausible claim for relief and pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute; that *in forma pauperis* status is

denied for the purpose of any appeal; and that this case is hereby closed.

Dated: Central Islip, New York
    May 24, 2016

                                            DOUGLAS C. PALMER
                                            CLERK OF THE COURT

                          By:    /s/ James J. Toritto
                                 Deputy Clerk